An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| IN THE MATTER OF DISCIPLINE OF ZACHARY B. COUGHLIN, ESQ., BAR NO. 9473. | No. 61901 |
| IN THE MATTER OF DISCIPLINE OF ZACHARY B. COUGHLIN, BAR NO. 9473. | No. 62337 |
| IN THE MATTER OF DISCIPLINE OF ZACHARY B. COUGHLIN, BAR NO. 9473. | No. 64903 |

**FILED**

JUN 18 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DISMISSING DISCIPLINARY PROCEEDINGS WITHOUT PREJUDICE

These are petitions by bar counsel filed pursuant to SCR 111(4) regarding attorney Zachary B. Coughlin, Docket Nos. 61901 & 64903, and an automatic review under SCR 105(3)(b) of a decision of a hearing panel of the Northern Nevada Disciplinary Board recommending that Coughlin be disbarred from the practice of law in Nevada, Docket No. 62337.

This court has entered an order transferring Coughlin to disability inactive status. *In re Coughlin*, Docket No. 60975 (Order Transferring Attorney to Disability Inactive Status, June 18, 2015). SCR 117(2) requires that any pending disciplinary proceeding against an attorney be suspended when he is transferred to disability inactive status. Therefore, these proceedings must be suspended. In order to avoid these matters lingering indefinitely on this court's docket pending Coughlin's

15-18701

compliance with SCR 117(4) and (5), we conclude that judicial efficiency will be best served if these matters are dismissed without prejudice. Accordingly, these matters are dismissed without prejudice to the State Bar's ability to reinitiate such proceedings, if appropriate, upon Coughlin's reinstatement to the active practice of law.

It is so ORDERED.[1]

_____, C.J.
Hardesty

_____, J.        _____, J.
Parraguirre                                        Douglas

_____, J.        _____, J.
Cherry                                               Saitta

_____, J.        _____, J.
Gibbons                                             Pickering

cc:    Zachary Barker Coughlin
        David A. Clark, Bar Counsel
        Kimberly K. Farmer, Executive Director, State Bar of Nevada

_____

[1]Coughlin's requests to file additional documents and for remand to the disciplinary board are denied, as are all other requests pending in these matters. This order constitutes our final disposition of these matters.